## 62456. HOLMES v. THE STATE.

QUILLIAN, Chief Judge.

The defendant appeals his conviction for rape and aggravated assault. *Held:*

1. The evidence was sufficient, when viewed in a light favorable to the verdict, to convince a rational trier of fact as to the defendant's guilt beyond a reasonable doubt.

2. The trial court did not err in overruling the defendant's motion in limine which sought to exclude testimony of a photographic identification.

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED SEPTEMBER 30, 1981.

*Vernon S. Pitts, Jr.,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Margaret*

*V. Lines, A. Thomas Jones, Assistant District Attorneys,* for appellee.